Writ of Error dismissed on motion of Counsel for Defendant in Error.

*Don Register,* for plaintiff in Error.

*Kelsey Blanton,* for Defendant in Error.

---

Neil A. Campbell and The Fidelity & Deposit Company of Maryland, a corporation, Plaintiffs in Error, v. South Florida Dredging Company, a corporation, Defendant in Error.

A Writ of Error to the Circuit Court for Monroe County.

Writ of Error dismissed on motion of counsel for Defendant in Error.

*Semple & Taylor,* for Plaintiffs in Error.

*C. L. Chancey* and *Maxxwell Baxter,* for Defendant in Error.

---

Emma McAden, Appellant, v. Hugh F. McAden, Appellee.

An Appeal from the Circuit Court for Duval County.

Appeal dismissed on motion of counsel for the respective parties.

*Van C. Swearengen* and *William C. Guthrie,* for Appellant.

*Knight & Adair,* for Appellee.